PROB 12C
(7/93)

Report Date: March 7, 2016

# United States District Court

**FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON**

for the

**3/7/16**

Eastern District of Washington

SEAN F. McAVOY, CLERK

**Petition for Warrant or Summons for Offender Under Supervision**

Name of Offender: Randy Edsal Quentin Hewson    Case Number: 0980 2:14CR00168-TOR-9

Address of Offender:    Spokane, Washington 99207

Name of Sentencing Judicial Officer:  The Honorable Thomas O. Rice, Chief U.S. District Judge

Date of Original Sentence: June 17, 2015

Original Offense:    Conspiracy to Commit Bank Fraud, 18 U.S.C. §§ 1349 and 1344

Original Sentence:   Prison 12 months;                Type of Supervision: Supervised Release
                     TSR - 48 months

Asst. U.S. Attorney: George JC Jacobs, III           Date Supervision Commenced: December 9, 2015

Defense Attorney:    Federal Public Defender's       Date Supervision Expires: December 8, 2019

## PETITIONING THE COURT

**To issue a summons.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #18:** Defendant shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing (which may include urinalysis or sweat patch), as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence:** On February 19, 2016, Mr. Hewson violated his conditions of supervision in Spokane, Washington, by using oxycodone. Mr. Hewson reported to the U.S. Probation Office on or about February 23, 2016, and signed a drug use admission form admitting to the use of oxycodone on February 19, 2016. Mr. Hewson does not have a valid prescription for oxycodone. |
| 2 | **Special Condition #18:** Defendant shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing (which may include urinalysis or sweat patch), as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence:** On February 20, 2016, Mr. Hewson violated his conditions of supervision in Spokane, Washington, by consuming methamphetamine and heroin. Mr. Hewson reported to the U.S. Probation Office on or about February 23, 2016, and signed a |

        drug use admission form admitting to the use of methamphetamine and heroin on or about February 20, 2016.

3        **Special Condition #18:** Defendant shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing (which may include urinalysis or sweat patch), as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

        **Supporting Evidence:** On February 24, 2016, Mr. Hewson violated his conditions of supervision in Spokane, Washington, by using methamphetamine and heroin. Mr. Hewson submitted to a urinalysis test which revealed presumptive positive for opiates. The urine sample was sent to Alere Toxicology for further testing. On February 29, 2016, the urine sample returned from the lab showing a positive result for morphine and a second report received on March 1, 2016, revealed positive results for methamphetamine.

4        **Special Condition #18:** Defendant shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing (which may include urinalysis or sweat patch), as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

        **Supporting Evidence:** On February 25, 2016, Mr. Hewson violated his conditions of supervision in Spokane, Washington, by using opiates. Mr. Hewson submitted a urine sample at Alcohol Drug Education Prevention and Treatment(ADEPT) which revealed presumptive positive for opiates. The urine sample was sent to Alere Toxicology for further testing.

5        **Special Condition # 16:** Defendant shall undergo a substance abuse evaluation and, if indicated by a license/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare. Defendant shall contribute to the cost of treatment according to his ability to pay. Defendant shall allow full reciprocal disclosure between the supervising officer and treatment provider.

        **Supporting Evidence:** Mr. Hewson violated his conditions of supervision in Spokane, Washington by failing to attend chemical dependency treatment sessions at Alcohol Drug Education Prevention and Treatment (ADEPT). Mr. Hewson failed to attend treatment on February 16, 17, 18, 23, and 25, 2016.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the defendant to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   3/3/2016

s/Corey M McCain

Corey M McCain
U.S. Probation Officer

Prob12C
**Re: Hewson, Randy Edsal Quentin**
**March 7, 2016**
**Page 3**

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

*Thomas O. Rice*
Signature of Judicial Officer

March 7, 2016
Date