PROB 12C
(6/16)

Report Date:  July 1, 2016

# United States District Court

## for the

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 01, 2016

SEAN F. McAVOY, CLERK

### Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Randy Edsal Quentin Hewson          Case Number: 0980 2:14CR00168-TOR-9

Address of Offender: █████████████████████████████

Name of Sentencing Judicial Officer:  The Honorable Thomas O. Rice, Chief U.S. District Judge

Date of Original Sentence: June 17, 2015

| | | |
|---|---|---|
| Original Offense: | Conspiracy to Commit Bank Fraud, 18 U.S.C. § 1349 | |
| Original Sentence: | Prison 12 months<br>TSR - 48 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | George J. C. Jacobs, III | Date Supervision Commenced: December 9, 2015 |
| Defense Attorney: | Federal Defender's | Date Supervision Expires: December 8, 2019 |

## PETITIONING THE COURT

### To issue a warrant.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 18**: You shall abstain from the use of illegal controlled substances, and shall submit to testing (which may include urinalysis or sweat patch), as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**: On June 30, 2016, Mr. Hewson violated his conditions of supervised release in Spokane, Washington, by using heroin.  On June 30, 2016, Mr Hewson provided a urine sample at Alcohol Drug Education Prevention and Treatment (ADEPT) that tested presumptive positive for opiates.  Mr. Hewson admitted to the undersigned over the phone that he used heroin.  On July 1, 2016, Mr. Hewson reported to the U.S. Probation Office and signed a drug use admission form.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the offender to answer the allegations contained in this petition.

**Prob12C**
**Re: Hewson, Randy Edsal Quentin**
**July 1, 2016**
**Page 2**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:     July 1, 2016
_____

s/Corey M. McCain
_____

Corey M McCain
U.S. Probation Officer

---

THE COURT ORDERS

[  ]   No Action
[X]   The Issuance of a Warrant
[  ]   The Issuance of a Summons
[  ]   Other

Thomas O. Rice
_____
Signature of Judicial Officer

July 1, 2016
_____
Date