# United States District Court

for the

## Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Randy Edsal Quentin Hewson | Case Number: 0980 2:14CR00168-TOR-9 |

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable Thomas O. Rice, Chief U.S. District Judge

| | |
|---|---|
| Date of Original Sentence: June 17, 2015 | Date of Revocation Sentence: July 19, 2016 |

| | | |
|---|---|---|
| Original Offense: | Conspiracy to Commit Bank Fraud, 18 U.S.C. § 1349 | |
| Original Sentence: | Prison - 12 months<br>TSR - 48 months | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>(07/19/2016) | Prison - 7 months<br>TSR - 53 months | |
| Asst. U.S. Attorney: | George J. C. Jacobs, III | Date Supervision Commenced: December 5, 2016 |
| Defense Attorney: | Federal Defender's Office | Date Supervision Expires: May 4, 2021 |

## PETITIONING THE COURT

### To issue a warrant

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition # 3**: The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.<br><br>**Supporting Evidence**: Mr. Hewson violated his conditions of supervised release in Spokane, Washington, by failing to report to the undersigned officer as directed on April 17, 2017. On April 10, 2017, the undersigned officer reviewed Mr. Hewson's conditions of supervision with him, to include the above-referenced condition. Mr. Hewson signed his conditions acknowledging he understood and was given a copy. On April 13, 2017, Mr. Hewson and the undersigned officer exchanged text messages. He was given instructions to report to the undersigned officer on April 17, 2017. Mr. Hewson failed to report as directed. In addition, the undersigned officer attempted to contact Mr. Hewson at his address, on April 18, 2017. The undersigned officer left a business card with his sponsor, with instructions for Mr. Hewson to report immediately. As of the date of this report, Mr. Hewson's whereabouts are unknown. He has made no effort to report or to contact U.S. Probation as directed. It appears he has absconded. |

2 **Standard Condition # 6**: The defendant shall notify the probation officer at least ten days prior to any change in residence or employment.

**Supporting Evidence**: Mr. Hewson violated his conditions of supervised release in Spokane, Washington, by failing to notify the undersigned officer of a change in his address. On April 10, 2017, the undersigned officer reviewed Mr. Hewson's conditions of supervision with him, to include the above-referenced condition. Mr. Hewson signed his conditions acknowledging he understood and was given a copy. On April 17, 2017, the undersigned officer reached out to Mr. Hewson's sponsor, in an attempt to get in contact with Mr. Hewson. The sponsor advised the undersigned officer he couldn't remember the last time he had face-to-face contact with Mr. Hewson, and advised "it's been awhile." In addition, the undersigned officer contacted Mr. Hewson's sponsor at the residence on April 18, 2017. The sponsor advised, since Mr. Hewson's arrival back in Spokane, Washington, on April 9, 2017, he has stayed at the residence only one or two times. Mr. Hewson has failed to notify the undersigned officer of his current living situation.

3 **Special Condition # 22**: You shall abstain from alcohol and shall submit to testing (including urinalysis and Breathalyzer), as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from this substance.

**Supporting Evidence**: On April 10, 2017, the undersigned officer reviewed Mr. Hewson's conditions of supervision with him, to include the above-referenced condition. Mr. Hewson signed his conditions acknowledging he understood. The undersigned officer requested a urine sample from Mr. Hewson to monitor any illicit drug use. He was not able to provide a urine sample and cited he is suffering from medical issues. Mr. Hewson advised the undersigned he was going to seek medical attention and provide written documentation to the undersigned officer. Mr. Hewson has failed to provide any current documentation to this officer regarding his medical issues.

4 **Special Condition # 20**: You shall undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare. You shall contribute to the cost of treatment according to your ability to pay. You shall allow full reciprocal disclosure between the supervising officer and treatment provider.

**Supporting Evidence**: Mr. Hewson violated his conditions of supervised release in Spokane, Washington, by failing to obtain his chemical dependency evaluation as directed. On April 10, 2017, the undersigned officer reviewed Mr. Hewson's conditions of supervision with him, to include the above-referenced condition. Mr. Hewson signed his conditions acknowledging he understood and was given a copy. On April 10, 2017, Mr. Hewson was instructed to contact Alcohol Drug Education Prevention and Treatment (ADEPT) and schedule a chemical dependency evaluation. The undersigned officer contacted ADEPT on April 17, 2017, and staff advised Mr. Hewson had not been in contact with them to schedule a chemical dependency evaluation. At the present time, Mr. Hewson has failed to abide by the undersigned officer's instructions, and schedule a chemical dependency evaluation at ADEPT.

5 **Special Condition # 21**: You shall abstain from the use of illegal controlled substances, and shall submit to testing (which may include urinalysis or sweat patch), as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Mr. Hewson violated his conditions of supervised release in Spokane, Washington, by failing to report to ADEPT and provide a urine sample on April 14, 2017. Per Mr. Hewson's above-referenced condition of supervised release, he was referred to random urinalysis testing at ADEPT. He is assigned the color Brown 1, and directed to call ADEPT's UA hotline daily. In the event that ADEPT reported that the color of the day was Brown 1, he was directed to report to their office and submit to testing between the hours of 7:00 a.m. and 7:00 p.m. On April 14, 2017, the color of the day for drug testing was Brown 1. Mr. Hewson failed to appear for his random urinalysis test.

6 **Special Condition # 22**: You shall abstain from alcohol and shall submit to testing (including urinalysis and Breathalyzer), as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from this substance.

**Supporting Evidence**: Mr. Hewson violated his conditions of supervised release in Spokane, Washington, by failing to report to ADEPT and provide a Breathalyzer test on April 14, 2017. Per Mr. Hewson's above-referenced condition of supervised release, he was referred to random Breathalyzer testing at ADEPT. He is assigned the color Brown 1, and directed to call ADEPT's UA hotline daily. In the event that ADEPT reported that the color of the day was Brown 1, he was directed to report to their office and submit to testing between the hours of 7:00 a.m. and 7:00 p.m. On Friday, April 14, 2017, the color of the day for drug testing was Brown 1. Mr. Hewson failed to appear for his random Breathalyzer test.

The U.S. Probation Office respectfully recommends the Court issue a **warrant** for the arrest of the offender to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 04/19/2017

s/Corey M. McCain

Corey M McCain
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

April 19, 2017

Date