PROB 12C
(6/16)

Report Date: April 30, 2018

# United States District Court

### for the

### Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

| | | |
|---|---|---|
| Name of Offender: Randy Edsal Quentin Hewson | | Case Number: 0980 2:14CR00168-TOR-9 |

Address of Offender: Unknown

Name of Sentencing Judicial Officer: The Honorable Thomas O. Rice, Chief U.S. District Judge

Date of Original Sentence: June 17, 2015

| | | |
|---|---|---|
| Original Offense: | Conspiracy to Commit Bank Fraud, 18 U.S.C. § 1349 | |
| Original Sentence: | Prison - 12 months<br>TSR - 48 months | Type of Supervision: Supervised Release |
| Revocation Sentence<br>July 19, 2016 | Prison - 7 months<br>TSR - 53 months | |
| Revocation Sentence<br>May 4, 2017 | Prison - 10 months<br>TSR - 43 months | |
| Asst. U.S. Attorney: | George J.C. Jacobs, III | Date Supervision Commenced: February 21, 2018 |
| Defense Attorney: | Federal Defenders Office | Date Supervision Expires: September 20, 2021 |

## PETITIONING THE COURT

To issue a **warrant**.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition # 4**: You must be truthful when responding to the questions asked by your probation officer.<br><br>**Supporting Evidence**: On February 21, 2018, Mr. Hewson released from custody and commenced supervision in the Western District of Washington.<br><br>Mr. Hewson failed to abide by his supervising probation officer's instructions, in the Western District of Washington, by not providing medical documentation of his urology results as instructed since April 23, 2018.<br><br>Mr. Hewson disclosed he has a medical condition that prohibits him from being able to submit to random urinalysis tests. Mr. Hewson stalled on scheduling medical appointments, which were then scheduled on several occasions. Mr. Hewson alleged he had a urology |

Prob12C
**Re: Hewson, Randy Edsal Quentin**
**April 30, 2018**
**Page 2**

          appointment on April 17, 2018. The supervising probation officer made contact with him on April 23, 2018, at which time he reported he required further testing. Mr. Hewson agreed to have his medical team fax his supervising probation officer the information uncovered at his April 17, 2018, medical appointment. No communication has been made with his medical team, or Mr. Hewson, since April 23, 2018.

2        **Standard Condition # 5**: You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.

          **Supporting Evidence**: On February 21, 2018, Mr. Hewson released from custody and commenced supervision in the Western District of Washington.

          Mr. Hewson has failed to provide a valid address to his supervising probation officer, in the Western District of Washington, since April 10, 2018.

          On or about April 10, 2018, Mr. Hewson advised his supervising probation officer that his father had told him he was not allowed to reside at his residence any longer. Mr. Hewson reported he would stay with "friends" and with the ex-girlfriend of his father. The supervising probation officer checked in with Mr. Hewson on several occasions and was told Mr. Hewson spent some nights "wandering the streets."

          Mr. Hewson was directed to keep a log and report the addresses where he was staying, and he agreed to do so. Since leaving his father's residence, he has not provided his supervising probation officer any addresses or dates. While Mr. Hewson did notify his supervising probation officer he was no longer staying at his approved address, he has failed to provide an updated address.

          His supervising probation officer discussed placing Mr. Hewson at a residential reentry center, but they would not accept him back without medical verification of his inability to urinate.

3        **Special Condition # 2**: You must complete a mental health evaluation and follow any treatment recommendations of the evaluating professional which do not require forced or psychotropic medication and/or inpatient confinement, absent further order of the court. You must allow reciprocal release of information between the supervising officer and treatment provider. You must contribute to the cost of treatment according to your ability to pay.

          **Supporting Evidence**: On February 21, 2018, Mr. Hewson released from custody and commenced supervision in the Western District of Washington.

          Mr. Hewson failed to attend a mental health evaluation scheduled on April 24, 2018.

          Mr. Hewson reported having a mental health evaluation scheduled for April 24, 2018, however, the supervising probation officer has been unable to verify the appointment or his attendance.

Prob12C
**Re: Hewson, Randy Edsal Quentin**
**April 30, 2018**
Page 3

| | | |
|---|---|---|
| 4 | | **Special Condition # 5**: You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider. |

**Supporting Evidence**:  On February 21, 2018, Mr. Hewson released from custody and commenced supervision in the Western District of Washington

Mr. Hewson failed to attend a substance abuse evaluation on April 16 and 23, 2018.

Mr. Hewson was verified to have substance abuse evaluations scheduled on both of the above dates and to have failed to appear for either.  On April 23, 2018, the supervising probation officer spoke with Mr. Hewson 1 hour before his appointment time and verbalized he was on his way.  The provider reported he was a no call, no show

5    **Special Condition # 6**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**:  On February 21, 2018, Mr. Hewson released from custody and commenced supervision in the Western District of Washington

Mr. Hewson failed to report for urinalysis testing in the Western District of Washington on the following dates; March 21, 22, 28, 29, and April 6, 9, 12, 16, 17, 18, 23, 24, and 26, 2018.

Mr. Hewson last submitted a urine sample on February 27, 2018, and the sample was negative for all controlled substances.  His next scheduled urinalysis test was on March 5, 2018, and he was determined to have stalled on said urinalysis test, and unable to provide a sample. March 5, 2018, was the last date Mr. Hewson reported for testing as directed per the drug testing call-in system.  He did maintain communication with his supervising probation officer and regularly provided excuses as to why he could not report as directed, varying from employment, to being too far away, but still within the Western District of Washington.

The U.S. Probation Office respectfully recommends the Court issue a **warrant** requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    04/30/2018

s/Corey M. McCain

Corey M. McCain
U.S. Probation Officer

Prob12C
**Re: Hewson, Randy Edsal Quentin**
**April 30, 2018**
**Page 4**

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  Other

_____
Signature of Judicial Officer

_____April 30, 2018_____
Date