PROB 12C
(6/16)

Report Date: March 26, 2019

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 26, 2019

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Randy Edsal Quentin Hewson                Case Number: 0980 2:14CR00168-TOR-9

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Thomas O. Rice, Chief U.S. District Judge

Date of Original Sentence: June 17, 2015

Original Offense:        Conspiracy to Commit Bank Fraud, 18 U.S.C. § 1349

| | | |
|---|---|---|
| Original Sentence: | Prison - 12 months<br>TSR - 48 months | Type of Supervision: Supervised Release |
| Revocation Sentence<br>July 19, 2016 | Prison - 7 months<br>TSR - 48 month | |
| Revocation Sentence<br>May 4, 2017 | Prison - 10 months<br>TSR - 43 months | |
| Revocation Sentence<br>January 17, 2019 | Prison- 6 months and 15 days<br>TSR- 24 months | |
| Asst. U.S. Attorney: | George J. C. Jacobs, III | Date Supervision Commenced: January 17, 2019 |
| Defense Attorney: | Federal Defenders Office | Date Supervision Expires: January 16, 2021 |

## PETITIONING THE COURT

To issue a **Warrant**

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number        Nature of Noncompliance

      1            **Standard Condition # 13**: You must follow the instructions of the probation officer related to the conditions of supervision.

              **Supporting Evidence**: Mr. Hewson failed to follow the instructions of the probation officer by failing to enter into the American Behavioral Health Services (ABHS) detox facility on March 15, 2019, as instructed.

              On March 14, 2019, the undersigned officer conducted a personal home contact. Mr. Hewson was asked to submit to a urinalysis test. He admitted to using methamphetamine and stated he could use additional resources in the community to assist him with his addiction. The undersigned officer contacted the ABHS detox facility and the undersigned

Prob12C
**Re: Hewson, Randy Edsal Quentin**
**March 26, 2019**
**Page 2**

was informed they would be able to accommodate Mr. Hewson with his methadone medication. The offender was instructed to check himself into the ABHS detox facility on March 15, 2019.

On the morning of March 15, 2019, the intake coordinator at ABHS detox facility called the undersigned officer and confirmed they had available space for Mr. Hewson on that date. Mr. Hewson was notified to report to the detox facility immediately, at approximately 8 a.m. on March 15, 2019.

On March 15, 2019, at approximately 11 p.m., Mr. Hewson reported to the ABHS detox facility and was turned away as all available bed space was taken.

On January 22, 2019, Mr. Hewson signed his judgement indicating he understood all conditions ordered by the Court. Specifically, Mr. Hewson was notified he was to follow the instructions of the probation officer.

2    **Special Condition # 6**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Mr. Hewson violated his conditions of supervised release by using methamphetamine on March 12 and 22, 2019.

On March 14, 2019, the undersigned officer conducted a personal home contact. Mr. Hewson was asked to submit to urinalysis testing. Mr. Hewson informed the undersigned officer that he used methamphetamine on March 12, 2019. He signed a drug use admission form.

On March 26, 2019, Mr. Hewson reported to the probation office as instructed. He was asked to submit to urinalysis testing. Mr. Hewson informed the undersigned officer that he used methamphetamine on March 22, 2019, and signed a drug use admission form.

On January 22, 2019, Mr. Hewson signed his judgement indicating he understood all conditions ordered by the court. Specifically, Mr. Hewson was notified he was to abstain from the use of illegal controlled substances.

3    **Special Condition # 7**: You must not enter into or remain in any establishment where alcohol is the primary item of sale. You must abstain from alcohol and must submit to urinalysis and Breathalyzer testing as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from this substance.

**Supporting Evidence**: Mr. Hewson violated his conditions of supervised release by consuming alcohol on February 21 and March 3, 2019.

On March 1, 2019, the undersigned officer received a monthly treatment report from Spokane Regional Health District, who is in charge of the methadone program Mr. Hewson is currently participating in. The monthly treatment report indicated Mr. Hewson provided a urine sample on February 21, 2019, which was positive for alcohol.

Prob12C
**Re: Hewson, Randy Edsal Quentin**
**March 26, 2019**
**Page 3**

On March 5, 2019, the undersigned officer confronted Mr. Hewson about the positive test for alcohol from February 21, 2019. He initially denied consuming alcohol and stated he had used "Nyquil" on or around the time he had submitted that urine sample. After further questioning by the undersigned officer, Mr. Hewson admitted to consuming alcohol around February 21, 2019, and admitted to additional alcohol consumption on March 3, 2019. He signed an admission form admitting to the consumption of alcohol.

On January 22, 2019, Mr. Hewson signed his judgement indicating he understood all conditions ordered by the court. Specifically, Mr. Hewson was notified he was to abstain from the use of alcohol.

4       **Special Condition # 6**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Mr. Hewson violated his conditions of supervised release by using marijuana on or about March 15, 2019.

On March 18, 2019, Mr. Hewson reported to the probation office and admitted to consuming marijuana on March 15, 2019, after it was requested he submit to urinalysis testing. He signed a drug use admission form.

On January 22, 2019, Mr. Hewson signed his judgement indicating he understood all conditions ordered by the court. Specifically, Mr. Hewson was notified he was to abstain from the use of controlled substances.

5       **Special Condition #5:** You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider.

**Supporting Evidence:** Mr. Hewson has not made any effort to attend any treatment groups at Pioneer Human Services (PHS) since March 13, 2019. Specifically, Mr. Hewson did not attend intensive outpatient treatment on March 13, 15, 18, 20, 22, and 25, 2019.

On March 11, 2019, Mr. Hewson completed a chemical dependency evaluation and intensive outpatient treatment was recommended. He was required to attend treatment every Monday, Wednesday, and Friday. He was to begin treatment on March 13, 2019. He was reassessed on March 21, 2019, at PHS and residential treatment was recommended. He was required to attend all of his treatment groups. He has not been attending any treatment groups as instructed.

Prob12C
**Re: Hewson, Randy Edsal Quentin**
**March 26, 2019**
**Page 4**

On January 22, 2019, Mr. Hewson signed his judgement indicating he understood all conditions ordered by the court. Specifically, Mr. Hewson was notified he was to follow and complete any treatment recommendations.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    March 26, 2019

s/Corey M. McCain

Corey M. McCain
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[✓]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

Thomas O. Rice
Chief U.S. District Judge

Signature of Judicial Officer

March 26, 2019

Date