PROB 12C
(6/16)

Report Date: June 12, 2019

# United States District Court

for the

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 12, 2019

SEAN F. MCAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Randy Edsal Quentin Hewson | Case Number: 0980 2:14CR00168-TOR-9 |

Address of Offender: 1921 East Sinto Avenue, Spokane, Washington 99202

Name of Sentencing Judicial Officer: The Honorable Thomas O. Rice, Chief U.S. District Judge

Date of Original Sentence: June 17, 2015

| | | |
|---|---|---|
| Original Offense: | Conspiracy to Commit Bank Fraud, 18 U.S.C. § 1349 | |
| Original Sentence: | Prison - 12 months<br>TSR - 48 months | Type of Supervision: Supervised Release |
| Revocation Sentence<br>July 19, 2016 | Prison - 7 months<br>TSR - 53 months | |
| Revocation Sentence<br>May 4, 2017 | Prison - 10 months<br>TSR - 43 months | |
| Revocation Sentence<br>January 17, 2019 | Prison - 6 months and 15 days<br>TSR - 24 months | |
| Asst. U.S. Attorney: | George J. C. Jacobs, III | Date Supervision Commenced: January 17, 2019 |
| Defense Attorney: | Colin G. Prince | Date Supervision Expires: January 16, 2021 |

## PETITIONING THE COURT

To issue a **warrant** and to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 03/26/2019.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 6 | **Special Condition # 6**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: Mr. Hewson is alleged to have used methamphetamine on June 9, 2019. |

Prob12C
Re: Hewson, Randy Edsal Quentin
June 12, 2019
Page 2

On June 5, 2019, Mr. Hewson met with the undersigned officer after his successful completion of inpatient treatment. He was told to attend his admit appointment at Pioneer Human Services (PHS) on Monday, June 10, 2019, to begin his aftercare. He was also advised that on June 10, 2019, the undersigned officer would meet him at his residence after his admit appointment and a urine sample would be collected.

On June 10, 2019, the undersigned officer met with Mr. Hewson at his residence. He was asked to provide a urine sample, which he claimed he "couldn't go," stating he had just went upon leaving PHS. The undersigned questioned Mr. Hewson if he had been using any illicit drugs, as it appeared to this officer he was "off baseline" and being fidgety. Mr. Hewson admitted to using methamphetamine on June 9, 2019. He signed a drug use admission form admitting to his consumption of methamphetamine.

On January 22, 2019, Mr. Hewson signed his judgment indicating he understood all conditions ordered by the court. Specifically, Mr. Hewson was notified he was to abstain from the use of illegal controlled substances.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court, and that the Court issue a warrant.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 06/12/2019

s/Corey M. McCain

Corey M. McCain
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[✓] The Issuance of a Warrant
[ ] The Issuance of a Summons
[✓] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[✓] Defendant to appear before the Magistrate Judge.
[✓] Other   All violations to be addressed at the revocation hearing currently set for 6/19/2019.

Thomas O. Rice
Signature of Judicial Officer

June 12, 2019
Date