PROB 12C
(6/16)

Report Date: January 7, 2021

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 07, 2021

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Randy Edsal Quentin Hewson    Case Number: 0980 2:14CR00168-WFN-9

Address of Offender:    Spokane, Washington 99204

Name of Sentencing Judicial Officer:  The Honorable Thomas O. Rice, U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: June 17, 2015

Original Offense:    Conspiracy to Commit Bank Fraud, 18 U.S.C. § 1349

Original Sentence:   Prison - 12 months;          Type of Supervision: Supervised Release
                     TSR - 48 months

Revocation Sentence
July 19, 2016
Prison - 7 months
TSR - -48 months

Revocation Sentence
May 4, 2017
Prison - 10 months
TSR - 43 months

Revocation Sentence
January 17, 2019
Prison - 6 months and 15 days
TSR - 24 months

Revocation Sentence
October 17, 2019
Prison - 4 months and 8 days
TSR- 24 months

Asst. U.S. Attorney:  James Goeke          Date Supervision Commenced: October 18, 2019

Defense Attorney:     Roger Peven          Date Supervision Expires: October 17, 2021

## PETITIONING THE COURT

To issue a warrant.

The probation officer believes that the offender has violated the following condition(s) of supervision:

Prob12C
# Re: Hewson, Randy Edsal Quentin
**January 7, 2021**
**Page 2**

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition # 2**: After initially reporting to the probation office, you will receive instructions from the court of the probation officer about hose and when you must report to the probation officer, and you must report to the probation officer as instructed. |

**Supporting Evidence**: It is alleged that Randy Hewson violated the terms of his supervised release by failing to make contact with his U.S. probation officer as directed, on or about December 31, 2020, or since.

On October 18, 2019, supervision commenced in this matter. A supervision intake was completed that same day. The judgment was reviewed with Mr. Hewson and he signed his intake documents indicating an understanding of the conditions imposed by the Court to include standard condition number 2, noted above.

Mr. Hewson was accepted into the Sobriety Treatment and Education Program (STEP) in November 2019 and attended his first STEP session on November 21, 2019. He was placed on the color red for random urinalysis testing.

On December 22, 2020, the undersigned sent Mr. Hewson a text message requesting status of a recent COVID-19 test. Mr. Hewson did not respond.

On December 30, 2020, after several more attempts to reach Mr. Hewson, contact was made with him by phone. Mr. Hewson claimed that he went to the doctor that day and the doctor's office requested he get tested for COVID-19 as a part of their protocol for COVID-19 precautions. He advised he would be getting tested for COVID-19 again that day.

Mr. Hewson was directed to provide documentation by the next day of the doctor's office request, documentation of his previous COVID-19 test, as well as proof of his COVID-19 test from that day.

The undersigned left voice mails and text messages on December 31, 2020, and January 4 and 5, 2021, requesting the COVID-19 testing documentation, as well as a return phone call. On January 5, 2021, the undersigned attempted to contact Mr. Hewson in person at this residence. A business card was left with a hand written note directing Mr. Hewson to contact the undersigned.

There has been no contact with Mr. Hewson since December 30, 2020.

| | |
|---|---|
| 2 | **Special Condition #5** : You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**: It is alleged that Randy Hewson violated the terms of his supervised release by failing to submit to random urinalysis testing as directed, on or about December 4, 8, 9, 14, 18, 21, 24, 30 and 31, 2020, and January 4, 2021.

Prob12C
**Re: Hewson, Randy Edsal Quentin**
**January 7, 2021**
**Page 3**

On October 18, 2019, supervision commenced in this matter. A supervision intake was completed that same day. The judgment was reviewed with Mr. Hewson and he signed his intake documents indicating an understanding of the conditions imposed by the Court to include special condition number 5, noted above.

Mr. Hewson was accepted into the Sobriety Treatment and Education Program (STEP) in November 2019 and attended his first STEP session on November 21, 2019. He was placed on the color red for random urinalysis testing and reminded to call daily and appear for testing on the days the color red is called.

On November 10, 2020, Mr. Hewson was sanctioned to reside at a residential reentry center (RRC).

On December 3, 2020, he was granted discharge from the RRC and was directed to resume random drug testing on the color red. Since his discharge from the RRC, he has failed to appear for any random urinalysis testing.

He failed to appear for testing on December 4, 8, 9, and 14, 2020, and has since reported COVID-19 related concerns, therefore, has further not submitted to drug testing on December 18, 21, 24, 30, and 31, 2020. He had been asked multiple times to provide verification that he was tested for COVID-19, but has failed to do so.

On December 30, 2020, he was again directed to get COVID-19 tested that same day and to submit proof of his previous COVID-19 test. He was further directed to contact the undersigned the following day with documentation of testing on December 30, 2020, as well as previous tests.

On January 4, 2021, he failed to appear for a random urinalysis test.

There has been no contact with Mr. Hewson since December 30, 2020. The USPO has left him multiple messages with no response.

3    **Standard Condition # 13**: You must follow the instructions of the probation officer related to the conditions of supervision.

**Supporting Evidence**: It is alleged that Randy Hewson violated the terms of his supervised release by failing to provide documentation to prove he has been tested for COVID-19, on or about December 17, 2020, or since.

On October 18, 2019, supervision commenced in this matter. A supervision intake was completed that same day. The judgment was reviewed with Mr. Hewson and he signed his intake documents indicating an understanding of the conditions imposed by the Court to include standard condition number 13, noted above.

Mr. Hewson was accepted into the Sobriety Treatment and Education Program (STEP) in November 2019 and attended his first STEP session on November 21, 2019. He was placed on the color red for random urinalysis testing and reminded to call daily and appear for testing on the days the color red is called.

Prob12C
**Re: Hewson, Randy Edsal Quentin**
**January 7, 2021**
**Page 4**

On December 17, 2020, contact was made with Randy Hewson. He indicated he was ill and had emailed medical documentation to the undersigned. He was advised that the documentation was not received and he was directed to provide the medical documentation to include proof that he was tested for COVID-19. Mr. Hewson failed to do so.

On December 22, 2020, the undersigned sent Mr. Hewson a text message requesting status of his COVID-19 test. Mr. Hewson did not respond.

On December 30, 2020, after several more attempts to reach Mr. Hewson, contact was made with him by phone. Mr. Hewson claimed that he went to the doctor that day and the doctors requested he get tested for COVID-19 as a part of their protocols for COVID-19 precautions. He advised he would be getting tested for COVID-19 again that day.

Mr. Hewson was directed to provide documentation by the next day of the doctor's office request, documentation of his previous COVID-19 test, as well as proof of his COVID-19 test from that day.

The undersigned left voice mails and text messages on December 31, 2020, and January 4 and 5, 2021, requesting the COVID-19 testing documentation, as well as a return phone call. On January 5, 2021, the undersigned attempted to contact Mr. Hewson in person at this residence. A business card was left with a hand written note directing Mr. Hewson to contact the undersigned.

There has been no contact with Mr. Hewson since December 30, 2020.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    01/07/2021

s/Melissa Hanson

Melissa Hanson
U.S. Probation Officer

---

THE COURT ORDERS

[ ]    No Action
[X]    The Issuance of a Warrant
[ ]    The Issuance of a Summons
[ ]    Other

Signature of Judicial Officer

01/07/2021
Date